SO ORDERED.

SIGNED this 4th day of February, 2015.



_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| IN RE: <br><br> WOODLAKE PARTNERS, LLC, <br><br> DEBTOR | CASE NO. 14 - 81035 <br> CHAPTER 11 |
|---|---|
| **Order Granting Motion To Conditionally Approve Disclosure Statement, Establish Deadlines and Schedule Confirmation Hearing** ||

This matter came before the Court to consider the **Motion To Conditionally Approve Disclosure Statement, Establish Deadlines and Schedule Confirmation Hearing** (the "Motion") filed by Woodlake Partners, LLC (the "Debtor") pursuant to Rules 3017 and 9006 of the Federal Rules of Bankruptcy Procedure, and for good and sufficient reasons appearing it is hereby ORDERED as follows:

1. The adequacy of the information contained in the Disclosure Statement For Plan Of Liquidation (Dkt. #109, the "Disclosure Statement"), as supplemented, is conditionally approved.

2. March 10, 2015 is fixed as the last day for filing objections to the adequacy of the information contained in the Disclosure Statement.

3. March 10, 2015 is fixed as the last day for filing written acceptances or rejections of the Plan Of Liquidation (Dkt. #108, the "Plan"). The ballot is to be sent to the address shown at the bottom of the ballot.

4. March 10, 2015 is fixed as the last day for filing objections to the Plan.

1

5. A hearing on confirmation of the Plan will be held on March 17, 2015 at 10:00 o'clock a.m. in Courtroom #3, U.S. Bankruptcy Court, 101 S. Edgeworth St., Greensboro, NC 27401.

6. On or before February 9, 2015, a copy of the Plan, the Disclosure Statement (as supplemented), ballot for voting on the acceptance or rejection of the Plan and this Order shall be transmitted by John A. Northen, Northen Blue, LLP, 1414 Raleigh Rd., Suite 435, Chapel Hill, NC 27517, the attorney for the Debtor, by mail to all creditors, equity interest holders, and other parties in interest as provided in Rule 3017(d), and within five (5) days after transmission of these documents, the attorney for the Debtor shall file a certificate of service with the Court setting forth the names and addresses of all parties served.

7. At least three (3) days prior to the hearing on plan confirmation, the Debtor shall file a Summary of Voting on the Plan.

[end of document]