February 3, 2015

To: The Honorable Judge Lena Mansori James
U. S. Bankruptcy Judge for the Middle District of North Carolina

Mr. William Miller
Bankruptcy Administrator for the Middle District of North Carolina

United States Bankruptcy Court
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

In The Matter Of: Woodlake Partners, LLC: 58-1431116
Woodlake Partners, Limited Partnership
Bankruptcy Case No: n14-81035

RE: Woodlake Save the Lake Committee

Honorable Judge Lena Mansori James,

As a resident and property owner within the community of Woodlake, I have recently noticed a document sent to the Court, which I assume was posted by the Court as a Public Record on January 21, 2015. The document was sent by a group of residents calling themselves the Woodlake Save the Lake Committee. I am not writing the Court to provide positive or negative comments as to the contents of the document, although I have strong opinions thereof. The reason for my submittal is to inform the Court that although one could assume by their document's closing comment of (*"this information is provided to the Court in an effort to offer a Woodlake community's and a Woodlake Resort's customer"s point of view"* that they officially represent the residents and property owners of Woodlake. That is certainly not the case. The fact is, that as of this writing, the overwhelming majority of residents and property owners have never heard of the committee nor have they seen the document the committee has sent to the Court.

Attachment A of this letter, was sent by me via email, to the Woodlake Property Owners Associations (POA) Board members, requesting that they investigate not only this Woodlake Save the Lake Committee, but more importantly, that they investigate the possibility of a Conflict of Interest of current POA board member(s) and POA Committee members as to any involvement of such members with this committee. Also, for the POA to provide information to all residents and property owners regarding this committee. The attachment will provide the Court with a better explanation of my reasoning and concerns.

Your Honor, unlike the Save the Lake Committee, I do not pretend or insinuate that the information I have provided is a "community's view. However, I will say that I have found that there are a number of Woodlake residents, that one way or another, had seen and read the

committee's submittal prior to my seeing it. Those that have read it are appalled, but not surprised by the secrecy of this committee and the liberties they have taken.

I suspect that this letter and the document provided to the Court by the Woodlake Save the Lake Committee although interesting, are irrelevant with regards to the Court's and assigned Attorneys' responsibility to quickly resolve the bankruptcy filing by Woodlake Partners.

I Thank the Court and our Justice System for the opportunity to submit my concerns and my personal clarifications.

Respectfully,

Thomas P. Meyers


Cc: Mr. Richard Hutson II
Chief Restructuring Officer
PO Drawer 2252-A
Durham, NC 27702


Mr. John Northen, Esq.
Counsel for Woodlake Partners
1414 Raleigh Rd.
Suite 435
Chapel Hill, NC 27517

January 30, 2015                                              ATTACHMENT A

To all POA Board Members,

First, let me inform you that I have resigned from the BOA so as not to involve them with my following request. The information below is my personal views/concerns and may not represent those of the BOA.

It has come to my attention, that there is a group of residents here at Woodlake calling themselves the Woodlake Save the Lake Committee. This committee has communicated with the Judge assigned to the Woodlake Partners Chapter 11 filing regarding their concerns over problems and situations here within our community and what appears to be a suggested restructuring plan for our community. You can see this document by going to https://onedrive.live.com/view.aspx?cid=D0D9D13B55398942&resid=D0D9D13B55398942%212110&app=WordPdf Personally, I have no objection to the establishment of this Committee and I commend them for their proactive involvement in the critical situation we as residents are experiencing here at Woodlake.

I am writing this email specifically concerning the possibility of a Conflict of Interest for any POA Board Member(s), POA Committee Member(s) and spouses of each, that are associated with, a member of, or providing information specifically to the Woodlake Save the Lake Committee. As a board member of the POA and a member of a POA committee, I believe it is the board/committee members' responsibility to represent all residents within Woodlake and not be part of, or in cooperation with, a "specific" group of residents that other residents are not aware of. I believe the term is Double Jeopardy? I have to believe that there are current POA Board Member(s) that are well aware of this group and their activities. I believe this Save the Lake Committee was well represented in the audience at the last POA meeting?

Again, I commend these residents for their dedication to this community. However, they seem to be representing their personal convictions as their letter which might or not be those of the majority of Woodlake residents or that of current the current POA Board.. You should note in closing their letter to the court, they write _"this information is provided to the Court in an effort to offer a Woodlake community's and Woodlake Resort's customers point of view."_ I can assure you the vast majority of this community has never heard of such a committee and would be shocked to hear that they claim to represent this community.

I am requesting that as a Board, you look into this committee and the possibility of Conflicts of Interest within the POA and all POA committees and to report your findings to the community. One of the 2015 Objectives of the POA, that was presented at the last POA meeting, was to keep the community updated with the goings on of our community. It's time to meet that objective. I believe this to be a serious matter and should you uncover any conflicts, I would hope you take the appropriate actions to rectify such conflicts.

Should you have any questions or require additional information, I would be happy to provide any data I have.

Thank you for your support in this matter,

Respectfully,
Tom Meyers