# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| IN RE:<br>WOODLAKE PARTNERS, LLC,<br>DEBTOR | CASE NO. 14 – 81035<br>CHAPTER 11 |
|---|---|
| **REPORT OF VOTING ON PLAN OF LIQUIDATION** ||

Woodlake Partners, LLC (the "Debtor") submits this report to the Court pursuant to § 1126 of the Bankruptcy Code with respect to the timely acceptances and rejections of the Plan of Liquidation (Dkt. No. 108, the "Plan").

1. The Debtor filed with the Court and submitted to its creditors, equity interest holders and other parties in interest the Disclosure Statement For Plan Of Liquidation (Dkt. No. 109, the "Disclosure Statement"), the Supplement to the Disclosure Statement (Dkt. No. 115), a copy of the Plan, a ballot to indicate acceptance or rejection of the Plan, and a copy of the Order entered on February 4, 2015 (Dkt. No. 118).

2. The Order conditionally approved the Disclosure Statement as containing adequate information and set **March 10, 2015** as the deadline to file (i) objections to the adequacy of the information contained in the Disclosure Statement, as supplemented, (ii) acceptances or rejections of the Plan, and (iii) objections to confirmation of the Plan.

3. Counsel for the Debtor has tabulated the written acceptances or rejections of the Plan filed with the Court on or before March 10, 2015 (the "Ballots"), as set forth in detail in the attached exhibit and summarized below. The Ballots reflect the following acceptance or rejection of the Plan by the respective classes of claims and interests as classified in the Plan:

| Class No. | Class Description | Number of Votes | Amount of Votes | Class Vote & Impairment |
|---|---|---|---|---|
| 1 | Moore County | n/a | n/a | Deemed Accept<br>Unimpaired |
| 2 | Davis & Gioconda | Accept: 1<br>Reject: 0<br>Accept: 100% | Accept: $233,168<br>Reject: $0<br>Accept: 100% | Accepts<br>Impaired |

| # | | Ballots | Amount | Status |
|---|---|---|---|---|
| 3 | BHF Bank | Accept: 1<br>Reject: 0<br>Accept: 100% | Accept: $3,604,285<br>Reject: $0<br>Accept: 100% | Accepts<br>Impaired |
| 4 | MM Warburg | Accept: 0<br>Reject: 1<br>Accept: 0% | Accept: $0<br>Reject: $2,902,606<br>Accept: 0% | Rejects<br>Impaired |
| 5 | Danker | Accept:<br>Reject:<br>Accept: % | Accept: $<br>Reject: $<br>Accept: % | No Ballots<br>Impaired |
| 6 | Hennings | Accept: 1<br>Reject: 0<br>Accept: 100% | Accept: $5,957<br>Reject: $0<br>Accept: 100% | Accepts<br>Impaired |
| 7 | Violet | Accept: 1<br>Reject: 0<br>Accept: 100% | Accept: $42,272<br>Reject: $0<br>Accept: 100% | Accepts<br>Impaired |
| 8 | Violet Alpha | Accept: 1<br>Reject: 0<br>Accept: 100% | Accept: $111,800<br>Reject: $0<br>Accept: 100% | Accepts<br>Impaired |
| 9 | Woodlake POA | Accept:<br>Reject:<br>Accept: % | Accept: $<br>Reject: $<br>Accept: % | No Ballots<br>Impaired |
| 10 | Palmer Course Design | Accept:<br>Reject:<br>Accept: % | Accept: $<br>Reject: $<br>Accept: % | No Ballots<br>Impaired |
| 11 | Unsecured | Accept: 4<br>Reject: 5<br>Accept: 44% | Accept: $177,498<br>Reject: $3,607,212<br>Accept: 5% | Rejects<br>Impaired |
| 12 | Equity | | | Deemed Reject<br>Impaired |

4. The Debtor requests confirmation of the Plan pursuant to Section 1129(b) as to each Class which has not accepted the Plan.

Dated: March 11, 2015

/s/John A. Northen

Counsel for the Debtor:
John A. Northen, NCSB #6789
jan@nbfirm.com
Vicki L. Parrott, NCSB #25449
vlp@nbfirm.com
Northen Blue, LLP
Post Office Box 2208
Chapel Hill, NC 27515-2208
Telephone: 919-968-4441

Voting report 2012.09.24

2

| Class | Creditor | Scheduled Claim | Filed Claim | Claim No. | Impaired? | Accept | Reject |
|---|---|---|---|---|---|---|---|
| 2 | Paul Davis & Agnes Gioconda | 203,130.00 | 233,168.01 | 3 | Yes | 233,168.01 | |
| | Dollar amounts | | | | | 233,168.01 | |
| | Percentage amounts | | | | | 100% | |
| | | | | | | | |
| 3 | BHF Bank Aktiengesellschaft | 2,800,000.00 | 3,604,285.24 | 12 | Yes | 3,604,285.24 | |
| | Dollar amounts | | | | | 3,604,285.24 | |
| | Percentage amounts | | | | | 100% | |
| | | | | | | | |
| 4 | M.M. Warburg & Co. | 2,800,000.00 | 2,902,606.31 | 26 | Yes | | 2,902,606.31 |
| | Dollar amounts | | | | | | 2,902,606.31 |
| | Percentage amounts | | | | | | 100.00% |
| | | | | | | | |
| 5 | Estate of Mel Danker/Jacqueline Danker | | | | Yes | | |
| | Dollar amounts | | | | | | |
| | Percentage amounts | | | | | | |
| | | | | | | | |
| 6 | Grover Hennings, et al | | | | | | |
| | Dollar amounts | | 5,956.99 | 14 | Yes | | |
| | Percentage amounts | | | | | 100% | |
| | Percentage, dollar amount | | | | | | |
| | | | | | | | |
| 7 | Violet Portfolio, LLC | | 42,272.39 | 15 | Yes | 42,272.39 | |
| | Dollar amounts | | | | | 42,272.39 | |
| | Percentage amounts | | | | | 100% | |
| | | | | | | | |
| 8 | Violet Portfolio Alpha, LLC | | 111,800.00 | 16 | Yes | 111,800.00 | |
| | Dollar amounts | | | | | 111,800.00 | |
| | Percentage amounts | | | | | 100% | |
| | | | | | | | |
| 9 | Woodlake Property Owners' Assn, Inc. | 0.00 | 130,280.10 | 11 | Yes | | |
| | Dollar amounts | | | | | | |
| | Percentage amounts | | | | | | |
| | | | | | | | |
| 10 | Palmer Course Design Co. | 2,400,000.00 | | | Yes | | |
| | Dollar amounts | | | | | | |
| | Percentage amounts | | | | | | |

| Class | Creditor | Scheduled Claim | Filed Claim | Claim No. | Impaired? | Accept | Reject |
|---|---|---|---|---|---|---|---|
| 11 | General Unsecured Claims | | | | Yes | | |
| | Agricredit Acceptance, LLC | 16,644.02 | 268,454.18 | 22 | | | |
| | Aqua North Carolina | 4,347.59 | | | | | |
| | Beasley Environmental | 575.00 | | | | | |
| | Belinda McNeil | Unk | | | | | |
| | Blue Cross Blue Shield of NC | 3,608.64 | | | | | |
| | Carolina Telephone and Telegraph | 10,743.82 | 8,188.52 | 8 | | | |
| | Central Electric Membership Corp | 1,507.53 | | | | | |
| | Central Security Systems, Inc. | 820.32 | | | | | |
| | Charter Communications | 751.30 | 1,498.67 | 5 | | | |
| | DirectTV | Unk | | | | | |
| | Donathan Pumping Service, Inc. | 532.07 | | | | | |
| | Dr. Christian Willmer | 0.00 | | | | | |
| | Duke Energy Progress | 9,734.78 | | | | | |
| | Earthlink Business | 1,151.43 | 714.42 | 7 | | 714.42 | |
| | Gabriele Boex | | 0.00 | 18 | | | 0.00 |
| | GE Capital | 654.52 | | | | | |
| | Gosphdarek & Dreher, CPA | 5,603.65 | | | | | |
| | Guardian Dental Insurance | 413.03 | | | | | |
| | Hanover Insurance | 4,602.67 | | | | | |
| | Hartford Fire Insurance Co. | 7,923.20 | 8,574.42 | 10 | | | |
| | I. BLG GmbH und Co. KG | | 206,923.99 | 24 | | | 206,923.99 |
| | Impact Golf Marketing | 696.00 | 826.08 | 6 | | | |
| | Internal Revenue Service | 0.00 | 17,928.42 | 4 | | | |
| | Julie Watson | Unk | | | | | |
| | Lamar Florida, LLC | 4,581.56 | 4,581.56 | 2 | | 4,581.56 | |
| | Lee Moore Insurance Agency | 18,889.13 | | | | | |
| | Lilian Schulz | | 0.00 | 19 | | | 0.00 |
| | Lilian Schulz | | 1,530,288.02 | 25 | | | 1,530,288.02 |
| | Lilian Schulz & Gabriele Boex | | 1,870,000.00 | 23 | | | 1,870,000.00 |
| | Louise Hennings | Unk | | | | | |
| | Pure Force | 896.85 | | | | | |
| | Republic Services | 1,222.48 | | | | | |
| | Steiner Company | 24,975.00 | | | | | |
| | Tarheel Linen | Unk | | | | | |

| Class | Creditor | Scheduled Claim | Filed Claim | Claim No. | Impaired? | Accept | Reject |
|---|---|---|---|---|---|---|---|
| | The Pilot, LLC | 8,538.26 | 9,018.26 | 1 | | | |
| | US Food | Unk | | | | | |
| | Verizon Wireless | 311.21 | | | | | |
| | Village of Pinehurst Area Golf Assn | 950.00 | 950.00 | 9 | | | |
| | Violet Portfolio Alpha, LLC | | 26,142.13 | 16 | | | |
| | Violet Portfolio, LLC | | 20,571.55 | 20 | | 20,571.00 | |
| | Violet Portfolio, LLC | | 151,630.84 | 21 | | 151,630.84 | |
| | We Pump It Portables | 214.57 | 1,976.85 | 13 | | | |
| | Woodlake Property Owners' Assn, Inc. | 347,000.00 | 267,928.90 | 11 | | | |
| | Dollar amounts | | | | | 177,497.82 | 3,607,212.01 |
| | Percentage amounts | | | | | 5% | 95.31% |

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| IN RE:<br><br>**WOODLAKE PARTNERS, LLC,**<br><br>DEBTOR | **CASE NO. 14-81035**<br>**CHAPTER 11** |
| **CERTIFICATE OF SERVICE** ||

       I hereby certify that a copy of the **REPORT OF VOTING ON PLAN OF LIQUIDATION** was served by automatic electronic service upon the following parties:

William P. Miller
Bankruptcy Administrator
PO Box 1828
Greensboro, NC 27402

Caren D. Enloe
Smith Debnam Drake Saintsing & Myers LLP
Obo Agricredit Acceptance LLC
P O Box 26268
Raleigh, NC  27611

Richard D. Sparkman
Richard D. Sparkman & Assoc
Obo Woodlake Property Owners Association
P O Box 1687
Angier, NC  27501

Mark A. Pinkston/Robert A. Mays
Van Winkle Buck Wall Starnes and Davis, PA
Obo Violet Portfolio, LLC and Violet Portfolio Alpha, LLC
P O Box 7376
Asheville, NC  28802

P. Wayne Robbins
Robbins May & Rich, LLP
Obo Paul Davis and Agnes Gioconda
120 Applecross Road
Pinehurst, NC  28374

Richard M. Hutson, II
Chief Restructuring Officer
PO Drawer 2252-A
Durham, NC 27702

James M. Hash
Obo Gabriele Boex and Lilian Schulz
Everett Gaskins Hancock, LLP
P O Box 911
Raleigh, NC  27602

Voting report 2012.09.24

3

March 11, 2015.

/s/ John A. Northen

**Counsel for the Debtor:**
John A. Northen, NCSB #6789
jan@nbfirm.com
Vicki L. Parrott, NCSB #25449
vlp@nbfirm.com
Northen Blue, LLP
Post Office Box 2208
Chapel Hill, NC 27515-2208
Telephone: 919-968-4441