## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

| | |
|---|---|
| IN RE:<br><br>**WOODLAKE PARTNERS, LLC,**<br><br>DEBTOR | **CASE NO. 14 - 81035**<br>**CHAPTER 11** |
| **Report of Sale** ||

NOW COMES Woodlake Partners, LLC (the "Debtor") and provides the following report of the public sale conducted on March 26, 2015, pursuant to the Order confirming the Plan of Liquidation, the Plan and the Bidding Procedures.

The public sale was marketed by Hilco Real Estate, and a Summary Report is attached hereto and incorporated by reference. The auction was conducted at the Woodlake Country Club in Vass, NC commencing at 12 noon on March 26, 2015. Upon conclusion of the auction, the following bids were recorded:

1. BHF Collateral:
   a. High Bidder: Steiner & Company
   b. High Bid $500,000
   c. Buyer's Premium $40,000
   d. Total Purchase Price $540,000
   e. Deposit $54,000
   f. Back-up Bidder: None

2. Hennings Collateral:
   a. High Bidder: Steiner & Company
   b. High Bid $20,000
   c. Buyer's Premium $1,600
   d. Total Purchase Price $21,600
   e. Deposit $2,160
   f. Back-up Bidder: None

3. Danker Collateral:
   a. High Bidder: Steiner & Company
   b. High Bid $30,000
   c. Buyer's Premium $2,400
   d. Total Purchase Price $32,400
   e. Deposit $3,240
   f. Back-up Bidder: None

4. Violet Collateral:
   a. High Bidder: Steiner & Company
   b. High Bid $55,000
   c. Buyer's Premium $4,400
   d. Total Purchase Price $59,400
   e. Deposit $5,940
   f. Back-up Bidder: Violet Portfolio, LLC
   g. Back-up Bid $42,272

5. Magnolias Interests:
   a. High Bidder: Steiner & Company
   b. High Bid $100,000
   c. Buyer's Premium $8,000
   d. Total Purchase Price $108,000
   e. Deposit $10,800
   f. Back-up Bidder: None

6. Violet Alpha Collateral:
   a. High Bidder: Violet Portfolio, LLC
   b. High Bid $137,000
   c. Buyer's Premium $2,740
   d. Total Purchase Price $139,740
   e. Deposit $7,740 ($5,000 plus 2% buyer's premium)
   f. Back-up Bidder: None

Deposits are required within three business days after the auction. All sales are subject to approval of the Bankruptcy Court, and the Sale Approval Hearing is scheduled for 10:00 o'clock a.m. on Tuesday, March 31, 2015 in the U.S. Bankruptcy Court in Durham, NC.

RESPECTFULLY submitted on behalf of the Debtor, this the 26th day of March, 2015.

/s/ John A. Northen

**Counsel for the Debtor:**
John A. Northen, NCSB #6789
jan@nbfirm.com
Vicki L. Parrott, NCSB #25449
vlp@nbfirm.com
John Paul H. Cournoyer, NCSB #42224
jpc@nbfirm.com
Northen Blue, LLP
Post Office Box 2208
Chapel Hill, NC 27515-2208
Telephone: 919-968-4441



# Hilco
Real Estate

Valuation • Monetization • Advisory

*Court Ordered Bankruptcy Sale - March 26, 2015 – 11:00 AM*

*Woodlake Country Club*
*Vass, NC*
*Marketing Program Summary Report*

*Prepared For:*
*Richard Hutson II & John Northen*





March 25, 2015

Mr. Richard Hutson, II
Hutson Law Office
302 East Pettigrew St., Suite B-260
Durham, NC 27701

Mr. John Northen
Northern Blue, LLP
1414 Raleigh Road, Suite 435
Chapel Hill, NC 27517

RE:     Auction Marketing Report
         March 2015 Auction

Dear Mr. Hutson and Mr. Northen:

Thank you for awarding Hilco Real Estate the opportunity to market and sell at auction the Woodlake Country Club in Vass, North Carolina.

We have prepared this marketing report detailing the extensive auction marketing campaign that has been implemented to effectively bring this opportunity to market.

If you have any questions about this report, please do not hesitate to contact us.

Sincerely,

Jeff Azuse
Senior Vice President

Stephen Madura
Senior Associate

Todd Van Sickle
Managing Director



2

# Contents

- **Inquiries Summary – Geographic Area**

- **Inquiries Summary – Source**

- **Inquiries Summary – Website**

- **Call Report**

- **Print Media**

- **Direct Mail**

- **Digital Media**

- **Signage**

- **Press Release**



# Inquiries Summary - Geographic Area

The chart below illustrates the percentage of inquiries per geographic location. We tracked this by the area code and/or zip code via our toll free number and direct communication with our office. "Unknown" refers to those inquiries where communication was received via email and although we were able to capture some information, we were not able to get the prospect's area code or zip code.



| State | Inquiries | Percentage |
|-------|-----------|------------|
| AZ | 2 | 1% |
| CA | 14 | 10% |
| Canada (Toronto) | 1 | 1% |
| CT | 1 | 1% |
| FL | 12 | 8% |
| GA | 6 | 4% |
| HI | 1 | 1% |
| IL | 2 | 1% |
| MA | 5 | 3% |
| MD | 3 | 2% |
| Mexico | 1 | 1% |
| MI | 4 | 3% |
| MN | 1 | 1% |
| MS | 1 | 1% |
| NC | 34 | 23% |
| NJ | 2 | 1% |
| NV | 1 | 1% |
| NY | 5 | 3% |
| OH | 5 | 3% |
| PA | 4 | 3% |
| SC | 3 | 2% |
| TN | 1 | 1% |
| TX | 7 | 5% |
| VA | 7 | 5% |
| WA | 1 | 1% |
| Unknown | 21 | 14% |
| TOTAL | 147 | 100% |



# Inquiries Summary - Source

The graph below illustrates what percentage of calls we received as a result of each of our advertising source categories. Print Media includes local, regional and national newspapers and magazines, including The Wall Street Journal, Raleigh News & Observer Charlotte Observer, Fayetteville Observer, Southeast Real Estate Business, and a number of smaller local publications. Direct Mail refers to the postcards that were sent to targeted prospects. Digital Media includes both the Hilco website and other third party sites. Sign refer to the on-site sign that was installed at the property. "Unknown" refers to those inquiries in which we were unable to determine where they first heard about the auction.



| Source | Inquiries |
|--------|-----------|
| Direct Mail | 13 |
| Email Blasts | 22 |
| Loopnet | 44 |
| Newspaper | 34 |
| Resident | 3 |
| Sign | 5 |
| Unknown | 7 |
| Website | 12 |
| Word of Mouth | 7 |
| **TOTAL** | **147** |



# Inquiries Summary - Website

HilcoRealEstate.com/Woodlake  -  Web Site Stats:

Since going live on February 15, the Woodlake County Club auction website has received a total of **2,027 page views** to date.  Of those users, **1,664** were new visitors to our site, while **363** were returning visitors.





6

# Inquiries Summary – Website Continued

Website visitors originated from both domestic and international locations. Below is a breakdown of the top ten visitor geographies to the Woodlake Country Club website by city, state and country.

| City | Sessions |
|------|----------|
| Charlotte | 68 |
| Raleigh | 67 |
| Sanford | 54 |
| New York | 45 |
| Los Angeles | 34 |
| Fayetteville | 33 |
| Dallas | 32 |
| Nashville | 30 |
| Atlanta | 29 |
| Chicago | 28 |

| Region | Sessions |
|--------|----------|
| North Carolina | 516 |
| Florida | 134 |
| California | 126 |
| South Carolina | 107 |
| Tennessee | 96 |
| New York | 80 |
| Texas | 78 |
| Illinois | 76 |
| Georgia | 73 |
| Virginia | 68 |

| Country | Sessions | |
|---------|----------|--|
| United States | 1,926 | (95.02%) |
| Canada | 29 | (1.43%) |
| Germany | 6 | (0.30%) |
| United Kingdom | 5 | (0.25%) |
| Hong Kong | 5 | (0.25%) |
| India | 5 | (0.25%) |
| Czech Republic | 4 | (0.20%) |
| Mexico | 4 | (0.20%) |
| United Arab Emirates | 3 | (0.15%) |
| China | 3 | (0.15%) |



# Call Report

We received **147 direct inquires** and have followed up with each prospect, providing them with additional information regarding the sale. The following is a list of the individuals that inquired about the opportunity:

| Contacts Name | Phone | State |
|---|---|---|
| Adam Goldstein | 404.467.6104 | GA |
| Alex Brittian | 772-242-9035 | FL |
| Allen DePuy | | Unknown |
| Andy Nofar | 248.891.4466 | MI |
| Annette Black | | Unknown |
| Annette Rogers | | Unknown |
| Archie Lemon | 843.913.2440 | SC |
| Art West | 904.571.4375 | FL |
| Bakul Modi | 919.481.4191 | NC |
| Bert Root | | Unknown |
| Bob Lyons | 513.827.1717 | OH |
| Bob Siekmann | 614.530.6045 | OH |
| Brandon Jourdan | 814.624.5602 | PA |
| Brett Arbogast | 419.308.5930 | OH |
| Brian Strickland | 919.868.3222 | NC |
| Bryan Robbins | 919.789.5215 | NC |
| Cameron Golden | 678.705.3860 | GA |
| Carl Cunningham | 602.647.4900 | AZ |
| Carlton No Last Name | 602.647.4900 | AZ |
| Charles Adams | 336.457.0799 | NC |
| Charles Jones | 910.295.3611 | NC |
| Chris Charnas | 847.866.7192 | IL |
| Chris Rouches | 617.630.4926 | MA |
| Christopher Fischer | 469.338.6939 | TX |
| Daniel Barutio | 203.328.2300 | CT |
| Daniel Coosemans | 877.212.4069 | Unknown |
| Danny Pettiway | 404.664.5512 | GA |
| Dave Bicknell | 484.885.4038 | PA |
| David Ancona | 561.842.2990 | FL |

8



# Call Report *continued*

| | | |
|---|---|---|
| David Hardison | 336.210.9519 | NC |
| David Oliver | 416.214.1666 | Canada (Toronto) |
| Deni-Kay Freier | 404.891.0736 | GA |
| Derek Holl | 617.510.2540 | MA |
| Derek Holt | 617.510.2540 | MA |
| Diane Carson | 214.693.0314 | TX |
| Douglas Kim | 425.802.5004 | WA |
| Du Sha | 855.822.1818 | Toll Free |
| E Larue | 213.288.1676 | CA |
| E. Anthony Wilson | | Unknown |
| Elaine Banks | 561.320.2858 | FL |
| Ellen Ming | 516.570.4000 | NY |
| Emily Liu | 908.718.6740 | NJ |
| Eric Stephenson | 561.702.4187 | FL |
| Fred Nelson | 919.612.0081 | NC |
| Gary Gildner | 248.429.7001 | MI |
| Gary Johnson | 248.429.7001 | MI |
| Gary Wong | 347.654.5999 | NY |
| Greg Stang | 651.439.6981 | MN |
| Herbert Parks | 336.282.4127 | NC |
| James Currie | | Unknown |
| James Spangler | 919.875.4288 | NC |
| Jamie Purvis | 704.707.6268 | NC |
| Janice Garrett | 434.817.4570 | VA |
| Jason Probert | | Unknown |
| Jason Tipton | 336.297.4844 | NC |
| JBH Developers | 762.233.3268 | GA |
| Jeff Burkle | | Unknown |
| Jeffrey Madden | 917.446.8957 | NY |
| Jeffrey Woolson | 760.438.8520 | CA |



# Call Report continued

| | | |
|---|---|---|
| Jerry Pettus | 803.984.8184 | SC |
| Jerry Smith | 512.638.3318 | TX |
| Jill Ford | 910.692.5553 | NC |
| Jim Ladd | 772.485.9500 | FL |
| Jimmy Yao | 917.975.8338 | NY |
| Jing Zhao | 858.790.1188 | CA |
| John Cates | 919.787.8393 | NC |
| John Fetterly | 973.600.5931 | NJ |
| John Lingle | 910.213.3528 | NC |
| John Madagan, Sr. | 727.437.6477 | FL |
| John McConnell | 919.231.5501 | NC |
| John McConnell | 919.630.0934 | NC |
| Jon Whittemore | | Unknown |
| Jonathan Bridgham | 573.337.2456 | MS |
| Jonathan Merrill | | Unknown |
| Joseph Battisto | 267.679.9613 | PA |
| Josh Able | 415.535.4844 | CA |
| Josh Heiple | 415.535.4844 | CA |
| JP Bryan | 865.789.4084 | TN |
| Judy Gao | 1 56220516077 | CA |
| Katherine Lamb | 413.884.5468 | MA |
| Ken Crow | 910.639.4008 | NC |
| Kevin Lavertu | 910.425.6667 | NC |
| Kim Henderson | 704.506.0401 | NC |
| Kris Olsen | 703-999-3121 | VA |
| Larkin Pahl | 919.559.0015 | NC |
| Lee Handsel | 910.695.6126 | NC |
| Lee Partee | 330.242.0388 | OH |
| Louie Chan | 843.503.3249 | SC |
| M. Scott DeCain | 301.915.0460 | MD |



# Call Report <span>continued</span>

| | | |
|---|---|---|
| Mark Enderle | 775.772.2356 | NV |
| Marti Mongiello | 704.490.3947 | NC |
| Martin Scheffauer | | Unknown |
| Matt King | 828-242.0087 | NC |
| Matt Mootz | | Unknown |
| Matt Spence | 434.352.6455 | VA |
| May Huang | | Unknown |
| Mayank Patel | 434.851.9161 | VA |
| Melody Thurman | 805.340.8777 | CA |
| Merritt Jesson | 813.244.5965 | FL |
| Michael Humphreys | 656.299.2879 | Mexico |
| Michael Katz | 818-446-6423 | CA |
| Michelle Schmidt | 703.727.6998 | VA |
| Mike Matheny | | Unknown |
| Mitchell Pavlik | 954.605.1409 | FL |
| Mona Ali | 2.01002E+11 | Unknown |
| Mordechai Feinstein | 305.333.8257 | FL |
| Neel Gupta | 312.224.8243 | IL |
| Patrick Fogarty | 917.745.6822 | NY |
| Paul Gorang | 248.765.6231 | MI |
| Paul Larner | 410.598.1301 | MD |
| Paul Mauk | 757.566.1138 x 18 | VA |
| Peter Arnold | 714.873.3516 | CA |
| Peter Lam | 626.628.4195 | CA |
| Phong Lai | 832.324.5335 | TX |
| Ping King | 404.944.6688 | GA |
| Que Martyn | 808.298.0639 | HI |
| Randall Cousins | 972.888.6267 | TX |
| Randy Carlson | | Unknown |
| Rebecca Csiszar | 910.215.7445 | NC |



# Call Report continued

| | | |
|---|---|---|
| Richard Price | | Unknown |
| Rob Friedman | 949.699.4241 | CA |
| Robert Mays | 828.258.2991 | NC |
| Roger Carbell | 336.324.5505 | NC |
| Roger Hungerford | | Unknown |
| Ron Willard | 540.721.5288 | VA |
| Ryan Flegal | 310.890.8111 | CA |
| Ryan Hagan | 910.245.2911 ext. 209 | NC |
| S. Ali Akbar | 949.221.1800 | CA |
| Scott Kien | 714.478.0533 | CA |
| Scott Reckard | | Unknown |
| Shonda Hazel | 817.526.1978 | TX |
| Simon Karinzadeh | | Unknown |
| Stephen Rosenburgh | | Unknown |
| Stephen Twilley | 336.275.9581 | NC |
| Steven McElreath | 919.877.2606 | NC |
| Steven Saccone | 704.737.0717 | NC |
| Sutcliffe Gordon | 954.804.3615 | FL |
| Terri Gardner | 919-329-3882 | NC |
| Terry Vanek | 813.387.4809 | FL |
| Thomas Aquino | 910.612.9039 | NC |
| Tim Pasch | 717.577.5400 | PA |
| Tim Kerr | 704.995.0547 | NC |
| Todd Evans | 443.662.4311 | MD |
| Tom Moore | 513.232.5204 | OH |
| Tong An | 512.686.6482 | TX |
| Tony Fiero | 617.367.2845 | MA |
| Zack Kosofsky | 704.731.0117 | NC |



# Advertising

The extensive 4-week print media schedule included advertising in the Wall Street Journal, as well as targeted local and regional publications based on where potential buyers for the property obtain their news and information. The table below details the advertising schedule:

| DATE | PUBLICATION | RUN | SECTION |
|------|-------------|-----|---------|
| **WEEK 1** | | | |
| 18-Feb | Wall Street Journal | South Atlantic | Business Real Estate & |
| 22-Feb | Raleigh News & Observer | Full | Work & Money |
| 22-Feb | Charlotte Observer | Full | Business |
| 22-Feb | Fayetteville Observer | Full | Main News |
| | | | |
| **WEEK 2** | | | |
| 25-Feb | Wall Street Journal | South Atlantic | Business Real Estate & |
| 1-Mar | Raleigh News & Observer | Full | Work & Money |
| 1-Mar | Charlotte Observer | Full | Business |
| 1-Mar | Fayetteville Observer | Full | Main News |
| | | | |
| **WEEK 3** | | | |
| 2-Mar | North Carolina Newspaper Network | Region 4 | ROP |
| 2-Mar | Southeast Real Estate Business | Full | ROP |
| 8-Mar | Charlotte Observer | Full | Business |
| | | | |
| **WEEK 4** | | | |
| 11-Mar | Wall Street Journal | South Atlantic | Business Real Estate & |
| 15-Mar | Raleigh News & Observer | Full | Work & Money |
| 15-Mar | Charlotte Observer | Full | Business |
| 15-Mar | Fayettteville Observer | Full | Main News |

**\*North Carolina Newspaper Network Region 4 Papers Include:**
Albermarie Stanly News & Press
Burlington Times-News
Cary News
Chapel Hill News
Chatham News
Clinton Sampson Independent
Durham Herald-Sun
Elizabethtown Bladen Journal
Fayetteville Observer
Fayetteville Up & Coming
Graham Alamance News
Laurinburg Exchange
Lumberton Robesonian
Raleigh News & Observer
Sanford Herald
Smithfield Herald
Southern Pines Pilot
Whiteville News Reporter
Zebulon Eastern Wake News

Case 14-81035    Doc 177    Filed 03/27/15    Page 15 of 34



# Email Blasts

Targeted emails were sent weekly to our proprietary database of over 20,000 real estate investors, developers, brokers and experienced buyers. The emails contained a link directing prospects to our website.

In addition, e-blasts were sent to a number of targeted third party email lists, including:

| Blast | Type of Recipients | # of Recipients |
|---|---|---|
| BigBoysBlast.com | RE Brokers & Investors | 115,000 & 8,000 |
| ePropertyPush.com | Commercial RE Brokers | 22,500 |
| Property Blast.com | Commercial RE Brokers | 90,000 |
| Propertyline.com | Commercial RE Brokers & RE Professionals | 200,000 |
| Golf Course Business | Nationwide Owners, Operators, Management Co | 20,000 |
| Hotel Owners & Operators | Nationwide Hotel Owners & Operators | 40,000 |





14

# Print Media

*The Wall Street Journal*
*Size: 1/8 page (5.35" x 5")*
*Section: Business Real Estate & Services*
*Scheduled Run: February 18th*





15



# Print Media continued

*The Wall Street Journal*
*Size: 1/8 page (5.35" x 5")*
*Section: Business Real Estate & Services*
*Scheduled Run: February 25th*







Hilco
Real Estate

# Print Media continued

*The Wall Street Journal*
*Size: 1/8 page (5.35" x 5")*
*Section: Business Real Estate & Services*
*Scheduled Run: March 11th*







# Print Media continued

*The Southeast Real Estate Business*
*Size: 1/4 page (4.75" x 6.625")*
*Section: ROP*
*Scheduled Run: March 2nd*







# Print Media <small>continued</small>

*The Raleigh News & Observer*
*Size: 1/8 page (4.92" x 5")*
*Section: Work & Money*
*Scheduled Run: February 22nd, March 1st,*
*March 8th & March 15th*





19

# Print Media continued

*Charlotte Observer*
*Size: 1/8 page (3.24" x 8")*
*Section: Business*
*Scheduled Run: February 22nd,*
 *March 1st, March 8th, & March 15th*







# Print Media <small>continued</small>

*Fayetteville Observer*
*Size: 1/8 page (5.125" x 5")*
*Section: Main News*
*Scheduled Run: February 22nd, March 1st, March 8th, & March 15th*



# Direct Mail

Our full color postcard was mailed to a targeted list of individuals and provided important information regarding the sale, including onsite inspection dates and times, auction and property information. The table below details this direct mail campaign:

| Type of Recipients | # of Recipients |
|---|---|
| Golf Management Companies | 406 |
| Golf Course Owners in AL, FL, GA, NC, SC | 2,281 |



Front Side



Back Side

22



A Hilco Global Company
Vested in Your Success

# Digital Media

A concurrent online campaign was utilized to support the traditional print campaign in order to promote the auction and target specific golf course buyers.  We advertised in the following online publications:

- *Southeast Real Estate Business*
- *Golf Inc.*
- *Golf Course Industry*
- *Golf Business*
- *GolfBusiness.com*
- *National Golf Foundation*
- *GolfCourseMarket.com*
- *LoopNet*















# Digital Media continued

*HilcoRealEstate.com*





24

# Digital Media continued

*HilcoRealEstate.com*





25

# Property Signage

Signage is always an important part of the success of an auction, alerting local and visiting prospects of the sale. A 6' X 3' banner sign was installed next to the main stone Woodlake sign on the corner of Lobelia and McLaughlin Road.





# Press Release

An aggressive public relations campaign was implemented for the property. The approved press release was distributed to a list that reached many local, regional and national editors/reporters, as well as distributed globally via GlobalNewswire. The following are a number of local, regional, national and international sites/publications that featured news of the auction.

*Triangle Business Journal*
*February 27, 2015*















*Fayetteville Observer*
*March 4, 2015*







28

A Hilco Global Company
Vested in Your Success

# Press Release continued

**The Pilot Newspaper**
**March 1, 2015**





Hilco.
Real Estate

29



**Hilco Global Headquarters**
5 Revere Drive, Suite 320
Northbrook, IL 60062 USA
www.hilcorealestate.com

**Hilco Global Offices and Resources, Worldwide**
Chicago | Boston | Detroit | Grand Rapids | New York | Los Angeles | Atlanta | Birmingham | Charlotte | Oakland Phoenix | Seattle | San Diego | United Kingdom (London, Leeds, Birmingham) | Toronto | Mexico (Mexico City, Guadalajara, Monterrey, Villahermosa, Irapuato) | Sao Paulo | Singapore | Hong Kong | Bangkok | Sydney



# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

| IN RE: | |
|---|---|
| **WOODLAKE PARTNERS, LLC,** | **CASE NO. 14-81035**<br>**CHAPTER 11** |
| **DEBTOR** | |

| **CERTIFICATE OF SERVICE** |
|---|

I hereby certify that a copy of the **foregoing** was served by automatic electronic service upon the following parties:

| | |
|---|---|
| William P. Miller<br>Bankruptcy Administrator<br>PO Box 1828<br>Greensboro, NC 27402 | P. Wayne Robbins<br>Robbins May & Rich, LLP<br>Obo Paul Davis and Agnes Gioconda<br>120 Applecross Road<br>Pinehurst, NC 28374 |
| Caren D. Enloe<br>Smith Debnam Drake Saintsing & Myers LLP<br>Obo Agricredit Acceptance LLC<br>P O Box 26268<br>Raleigh, NC 27611 | Richard M. Hutson, II<br>Chief Restructuring Officer<br>PO Drawer 2252-A<br>Durham, NC 27702 |
| Richard D. Sparkman<br>Richard D. Sparkman & Assoc<br>Obo Woodlake Property Owners Association<br>P O Box 1687<br>Angier, NC 27501 | James M. Hash<br>Obo Gabriele Boex and Lilian Schulz<br>Everett Gaskins Hancock, LLP<br>P O Box 911<br>Raleigh, NC 27602 |
| Mark A. Pinkston/Robert A. Mays<br>Van Winkle Buck Wall Starnes and Davis, PA<br>Obo Violet Portfolio, LLC and Violet Portfolio<br>Alpha, LLC<br>P O Box 7376<br>Asheville, NC 28802 | |

RESPECTFULLY submitted on behalf of the Debtor, this the 26th day of March, 2015.

/s/ John A. Northen

**Counsel for the Debtor:**
John A. Northen, NCSB #6789
jan@nbfirm.com
Vicki L. Parrott, NCSB #25449
vlp@nbfirm.com
John Paul H. Cournoyer, NCSB #42224
jpc@nbfirm.com
Northen Blue, LLP
Post Office Box 2208
Chapel Hill, NC 27515-2208
Telephone:  919-968-4441